# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMANY DEVON THOMAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRESNO CITY COLLEGE et al.,<br><br>    Defendants. | Case No. 1:15-cv-00826-LJO-BAM<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND AS MOOT<br><br>(Doc. 14) |

Plaintiff Jermany Devon Thomas ("Plaintiff") proceeds pro se and in forma pauperis in this civil action. On December 2, 2015, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty days. (Doc. 13.) On the same date, Plaintiff filed a motion requesting leave to amend his complaint. (Doc. 14.) As the Court has granted Plaintiff leave to amend, his current request is unnecessary and is HEREBY DENIED as moot.

IT IS SO ORDERED.

    Dated:  **December 3, 2015**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE