# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMANY DEVON THOMAS,<br><br>   Plaintiffs,<br><br> v.<br><br>FRESNO CITY COLLEGE et al.,<br><br>   Defendants. | Case No. 1:15-cv-00826-LJO-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT<br><br>(Doc. 18)<br><br>THIRTY-DAY DEADLINE |

  Plaintiff Jermany Devon Thomas ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this civil action on June 1, 2015.

  On November 10, 2015, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and dismissed it with leave to amend. (Doc. 10). Pursuant to the Court's order, Plaintiff filed a first amended complaint on November 23, 2015. (Doc. 11). On December 2, 2015, the Court screened Plaintiff's first amended complaint and dismissed it with leave to amend. (Doc. 13). On the same date, Plaintiff filed a motion requesting leave to amend his complaint, which the Court denied as unnecessary because Plaintiff had been granted leave to amend. (Docs. 14, 16). On January 4, 2016, Plaintiff filed his second amended complaint. (Doc. 17). Plaintiff's second amended complaint has not yet been screened pursuant to 28 U.S.C. § 1915(e)(2).

  On February 1, 2016, Plaintiff filed the instant motion for leave to file a supplemental complaint. Although not entirely clear, it appears that Plaintiff seeks to include supplemental allegations and additional defendants. (Doc. 18). Based on the nature of Plaintiff's request, the

1

Court construes the motion as one for leave to amend pursuant to Federal Rule of Civil Procedure 15.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course twenty-one days after serving, or if a response was filed, within twenty-one days after service of the response. Fed. R. Civ. P. 15(a). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). As the Court has not screened Plaintiff's second amended complaint and has not yet ordered service, Plaintiff's motion shall be granted.

In the amended complaint, Plaintiff shall state as briefly as possible the facts of the case, describing how each defendant is involved. Pursuant to Federal Rule of Civil Procedure 8, the amended complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 1949 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007)). Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level. . . ." *Twombly*, 550 U.S. at 555 (citations omitted).

Additionally, Plaintiff may not change the nature of this suit by adding new, unrelated claims in his amended complaint. *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Finally, Plaintiff is advised that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Therefore, Plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend is GRANTED;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file his third amended complaint;

3. **If Plaintiff fails to file a third amended complaint, this action will be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **February 12, 2016**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE