UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMANY DEVON THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO CITY COLLEGE, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00826-DAD-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION<br>(Doc. 20) |

Plaintiff Jermany Devon Thomas ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this civil action on June 1, 2015. (Doc. 1). On December 2, 2015, the Court issued an order dismissing Plaintiff's first amended complaint with leave to amend. (Doc. 13). Plaintiff filed his second amended complaint on January 4, 2016. (Doc. 17). Before the Court completed its screening of the second amended complaint, Plaintiff filed a motion for leave to file a supplemental complaint. (Doc. 18). On February 12, 2016, the Court granted Plaintiff's motion and directed him to file a third amended complaint within thirty (30) days of the service of the order.  (Doc. 19).

After more than thirty days had passed and Plaintiff failed to file a third amended complaint, the undersigned issued Findings and Recommendations regarding dismissal of this action for failure to obey a court order.  (Doc. 20).  The following day, on March 25, 2016, Plaintiff filed his third amended complaint.  (Doc. 21).  As it appears the third amended complaint and the Findings and Recommendations crossed in the mail, the Court HEREBY VACATES the Findings and

1

Recommendations issued on March 24, 2016.  Plaintiff's third amended complaint, filed on March 25, 2016, shall be screened in due course.

IT IS SO ORDERED.

    Dated:   **April 8, 2016**             /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE